# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerome Cole, | ) CASE NO.: 2:24-cv-07699-SVW-AS |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| United States of America, | ) |
| Defendant. | ) |

Judgment is entered for the United States and against Plaintiff Jerome Cole, pursuant to the Court's findings dated May 14, 2025.

DATE: May 14, 2025



STEPHEN V. WILSON, U.S. DISTRICT JUDGE